FILED
 2014 Oct-13  PM 12:01
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROBERTA CLARK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No.:** |
| | ) **2:14-cv-1939-SLB** |
| **PLANNED PARENTHOOD SOUTHEAST, INC, PLANNED PARENTHOOD OF GEORGIA, INC.; PLANNED PARENTHOOD OF ALABAMA; DR. AQUA DON E. UMOREN, M.D.; PHYSICIANS LABORATORY SERVICE AND DR. MICHAEL B. ROHFING, M. D.; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.4

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Planned Parenthood Southeast, Inc. and Dr. Aqua Don E. Umoren in the above-captioned action certifies that the general nature and purpose of the foregoing entity or entities is to provide healthcare services.

Planned Parenthood Southeast, Inc. is a non-profit corporation incorporated and existing under the laws of the State of Georgia.  Dr. Umoren is a citizen of Nigeria. Counsel certifies that there are no parents, subsidiaries and/or affiliates of said party or parties that have issued shares or debt securities to the public.

        /s/ Charles A. McCallum, III
        Charles A. McCallum, III
        Eric D. Hoaglund
        Counsel for Defendants

OF COUNSEL:
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone:  (205) 824-7767
Facsimile: (205)824-7768
Email: cmccallum@mhcilaw.com
      ehoaglund@mhcilaw.com

## CERTIFICATE OF SERVICE

      This is to certify that on October 10, 2014, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel as follows:

Adedapo T. Agboola
Darryl Bender
Bender and Agboola, LLC
711 North 18th Street
Birmingham, Alabama 35203
Telephone: (205)322-2500
Facsimile: (205)324-2120
Email: Agbula@aol.com

        /s/ Charles A. McCallum, III
        COUNSEL